IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARTLEY M. MULLEN, JR.,<br><br>        Plaintiff,<br><br>   v.<br><br>PARK ASSOCIATES,<br><br>        Defendant. | Case No. 2:22-cv-00321-RJC |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Bartley M. Mullen, Jr., by and through his undersigned counsel, and hereby advises this Honorable Court that he has reached an agreement in principle with Defendant, Park Associates. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within forty-five (45) days.

                                                                   */s/ R. Bruce Carlson*
                                                                   R. Bruce Carlson
                                                                   Ian M. Brown
                                                                   **CARLSON BROWN**
                                                                   222 Broad St.
                                                                   PO Box 242
                                                                   Sewickley, PA 15143
                                                                   bcarlson@carlsonbrownlaw.com
                                                                   ibrown@carlsonbrownlaw.com
                                                                   (724) 730-1753

                                                                   *Attorneys for Plaintiff*